THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Ayre, Appellant.
 
 
 

Appeal From Berkeley County 
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-489
 Submitted August 1, 2008  Filed August
15, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor I. McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER
 CURIAM:  James Ayre pled guilty to one count of criminal sexual
 conduct with a minor first degree and one count of sexual exploitation of a
 minor second degree, pursuant to Alford v. North Carolina, 400 U.S. 25
 (1970).  Ayre contends the plea judge erred by not informing him criminal
 sexual conduct with a minor first degree is a most serious offense and a
 strike, and therefore, his plea was not voluntarily and intelligently entered. 
 In his pro se brief Ayres argues: (1) the trial court erred by
 not dismissing the charges against him in light of the Interstate Agreement on
 Detainers violation; (2) the lack of his appearance, or that of counsel, at the
 grand jury violated due process; (3) his plea was constitutionally deficient because
 it was not knowingly or voluntarily made; and (4) he received ineffective
 assistance of counsel.  After a thorough
 review of the record pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
KONDUROS, J.,
CURETON, and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.